IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


TIMOTHY W. NEMETH,

    Plaintiff,

v.                                                  CASE NO.  5:15cv127-RH/GRJ

DAVIS COSTA ENTERPRISES, INC.,

    Defendant.

_____/


## ORDER REQUIRING DISCLOSURES

In addition to the other disclosures required by Federal Rule of Civil Procedure 26, these additional disclosures must be made:

1. By August 12, 2015, the plaintiff must file a succinct, numbered list of each action that he asserts constituted an adverse employment action—an action with tangible consequences—within the meaning of *Davis v. Town of Lake Park, Fla.*, 245 F.3d 1232, 1238-39 (11th Cir. 2001).  An action that is not itself a tangible employment action but that the plaintiff contends is actionable only because it contributed to a hostile environment should not be listed.

2.  By September 2, 2015, the defendant must file a succinct, numbered list of each legitimate, nondiscriminatory reason for each of the plaintiff's claimed tangible employment actions.

SO ORDERED on July 22, 2015.

>s/Robert L. Hinkle
>United States District Judge